AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/22/08 | |
| NAME OF SERVER (PRINT) DANNY R VIZUETE | TITLE Office Manager | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: NYC. Law Dept. 100 Church St NY NY 10007 AMANDA Gonzales Docketing Clerk

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/22/08
Date

Signature of Server

233 Broadway NY NY 10279
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2008-026300

# UNITED STATES DISTRICT COURT

Southern District of New York

| | |
|---|---|
| Tyrone Day,<br><br>                    Plaintiffs<br><br>-against-<br><br>The City of New York, Police Officer Pablo Best, John Does 1 through 5,<br><br>                    Defendants | **SUMMONS IN A CIVIL ACTION**<br><br>**08 CIV 6326**<br>**JUDGE DANIELS** |

To: New York City
    Law Department
    100 Church Street, 4th floor
    New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Darius Wadia
Darius Wadia, LLC
233 Broadway, Suite 2208
New York, New York 10279

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a period of time after service.

**J. MICHAEL McMAHON**                                  JUL 1 4 2008

Clerk                                                   Date

_____
(By) Deputy Clerk